**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSETTE AQUINO, *an individual*,<br><br>Plaintiff,<br><br>v.<br><br>JETSELECT, LLC, *an Ohio limited liability company doing business as Vista America*; STEPHEN BARNHOUSE, *an individual*; and DOES *1 through 10, inclusive*,<br><br>Defendants. | Case No. 2:26-cv-05080-MWC-PD<br><br>**ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT (DKT. [7]) AND REMANDING THIS CASE TO LOS ANGELES SUPERIOR COURT**<br><br>**[JS-6]** |

Upon review of the parties' Stipulation to Remand Action to State Court (Dkt. # 7), the Stipulation is **GRANTED**. The Stipulation is signed by counsel for each party who has appeared in the action and is affected by the stipulation. *See* C.D. Cal. L.R. 7-1. Accordingly, this action is **REMANDED** to the Superior Court of the State of California for the County of Los Angeles (Case No. 26STCV10723). The Clerk of Court is directed to **CLOSE** this case **(JS-6)**.

**IT IS SO ORDERED.**

DATED: May 28, 2026

_____
Hon. Michelle Williams Court
United States District Judge

2